IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MELTON LEE MILLER                                                                           PLAINTIFF

VS.                                      CASE NO. 15-CV-4074

ASHLEY VAIL                                                                                 DEFENDANT

**<u>ORDER</u>**

Before the Court is the Report and Recommendation filed on April 5, 2016 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 15). Judge Bryant recommends that Defendant's Motion to Dismiss (ECF No. 12) be granted and that Plaintiff's Motion to Supplement Complaint (ECF No. 7) be denied. Plaintiff has filed objections to the Report and Recommendation. (ECF No. 16). After reviewing the record *de novo*, the Court adopts Judge Bryant's Report and Recommendation as its own.

In his Report and Recommendation, Judge Bryant found that the facts set forth in Plaintiff's Complaint do not support any plausible cause of action for relief under 42 U.S.C. § 1983. Judge Bryant also found that Plaintiff's proposed supplement to his Complaint is duplicative and adds no additional parties, facts, or claims to this action.

While Plaintiff has filed objections to the Report and Recommendation, the objections are not directly responsive to the Report and Recommendation and raise no specific objections for the Court to consider. Accordingly, the Court overrules Plaintiffs' objections and adopts Judge Bryant's Report and Recommendation. For the reasons stated herein and above, as well as those contained in the Report and Recommendation, Plaintiff's Motion to Supplement (ECF No. 7) is hereby

**DENIED**, and Defendant's Motion to Dismiss (ECF No. 12) is hereby **GRANTED**.

IT IS SO ORDERED, this 29th day of April, 2016.

                                                   /s/ Susan O. Hickey  
                                                 Susan O. Hickey  
                                                 United States District Judge